**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: PAUL W. DECKMAN | § | Case No. 11-82773 |
| PAMELA A. DECKMAN | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/20/2011.

2) The plan was confirmed on 08/26/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2012.

5) The case was converted on 11/16/2012.

6) Number of months from filing or conversion to last payment: 13.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $20,335.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 10,072.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 10,072.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,914.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 526.17 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,440.17 |
| Attorney fees paid and disclosed by debtor: | $ 586.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,914.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 6,000.00 | 5,040.74 | 5,040.74 | 555.77 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 0.00 | 186,484.79 | 0.00 | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Sec | 16,050.00 | 17,779.82 | 16,050.00 | 5,128.11 | 947.95 |
| TOYOTA MOTOR CREDIT | Uns | 1,516.00 | 0.00 | 1,729.82 | 0.00 | 0.00 |
| ACL LABORATORIES | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE LUTHERAN GENERAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL CENTER | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROS OUTPATIENT | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| ALGONQUIN AREA PUBLIC | Uns | 91.00 | NA | NA | 0.00 | 0.00 |
| ALGONQUIN LIBRARY | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| AQUA SERVICES INC - SUBLETTE I | Uns | 230.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 100.00 | 339.00 | 339.00 | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 100.00 | 1,355.00 | 1,355.00 | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 1,356.00 | 4,332.31 | 4,332.31 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| A - TEC AMBULANCE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BARRINGTON SPECIALISTS | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| CASTLE BANK | Uns | 850.00 | 849.02 | 849.02 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Uns | 2,209.00 | 2,508.55 | 2,508.55 | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Uns | 19.00 | NA | NA | 0.00 | 0.00 |
| CHILDREN & TEENS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 100.00 | 122.00 | 122.00 | 0.00 | 0.00 |
| COMCAST - CHICAGO SECONDS - | Uns | 116.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 500.00 | 636.53 | 636.53 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 900.00 | 732.79 | 732.79 | 0.00 | 0.00 |
| EQUABLE ASCENT FINANCIAL LLC | Uns | 611.00 | 617.96 | 617.96 | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 269.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 582.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Uns | 4,332.00 | 6,110.96 | 6,110.96 | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 504.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION | Uns | 354.00 | NA | NA | 0.00 | 0.00 |
| CTR FOR CHILDRENS DIGESTIVE | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| DAN NIEQUEST DC | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| DENSON SHOPS INC | Uns | 50.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| DEPENDON COLLECTION | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION | Uns | 62.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION | Uns | 311.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION | Uns | 321.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 2,900.00 | 2,900.66 | 2,900.66 | 0.00 | 0.00 |
| DISTRICT 300 | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| H & R BLOCK | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| HOWARD SINGER MD | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Uns | 1,936.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,651.00 | 1,657.88 | 1,657.88 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 1,234.00 | 1,239.42 | 1,239.42 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 1,500.00 | 2,236.00 | 2,236.00 | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| LAKE IN THE HILLS SANITARY | Uns | 3,000.00 | 2,443.44 | 2,443.44 | 0.00 | 0.00 |
| MARIN | Uns | 728.00 | NA | NA | 0.00 | 0.00 |
| MEA - SJ CARE CENTER LLC | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NEOPATH SC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 600.00 | 748.00 | 748.00 | 0.00 | 0.00 |
| NORTHERN IL MEDICAL CENTER | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NOVAS & ASSOCIATES | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL MEDICAL | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC assignee | Uns | 2,000.00 | 1,883.29 | 1,883.29 | 0.00 | 0.00 |
| QUEST | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RICHARD HANSEN DDS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| RIVER POINT DENTAL | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| RIVER WEST ANES SC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Uns | 250.00 | 393.57 | 393.57 | 0.00 | 0.00 |
| WALMART | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| LAW OFFICES OF RUPP & YOUMAN | Uns | 2,700.00 | 2,770.09 | 2,770.09 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 3,577.46 | 3,577.46 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 5,040.74 | $ 555.77 | $ 0.00 |
| Debt Secured by Vehicle | $ 16,050.00 | $ 5,128.11 | $ 947.95 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 21,090.74 | $ 5,683.88 | $ 947.95 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 39,233.75 | $ 0.00 | $ 0.00 |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 3,440.17 |
| Disbursements to Creditors | $ 6,631.83 |
| **TOTAL DISBURSEMENTS:** | $ 10,072.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.


Date:  <u>12/05/2012</u>             By:  <u>/s/ Lydia S. Meyer</u>
                                                     Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)